and *Louis H. Cooke* for petitioner. *Mr. William R. Gentry* for respondent.

No. 487. ACME FREIGHT LINES, INC. *v.* LEE, STATE COMPTROLLER. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. C. D. Rinehart* for petitioner. *Messrs. George Couper Gibbs,* Attorney General of Florida, and *Nathan Cockrell,* Assistant Attorney General, for respondent.

No. 489. DALLAS MACHINE & LOCOMOTIVE WORKS, INC. *v.* WILLAMETTE-HYSTER CO. ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Theodore J. Geisler* and *Amasa M. Holcombe* for petitioner. *Messrs. Albert G. McCaleb* and *Austin F. Flegel, Jr.* for respondents.

No. 490. INTERNATIONAL COMPANY OF ST. LOUIS *v.* SLOAN, RECEIVER. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. William L. Mason* for petitioner. *Mr. T. M. Lillard* for Sloan, and *Messrs. George E. Brammer, Joseph Brody,* and *Clyde B. Charlton* for Occidental Life Insurance Co., respondents.

No. 491. BASTIAN BROS. CO. *v.* McGOWAN, COLLECTOR OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas H. Remington* for petitioner. *Solicitor General Biddle* for respondent.